JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

HATIM FARAZDAQ BADRUDDIN

**DEFENDANTS**

ALBERTO GONZALEZ

C07 04552 PJH

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Immigration Law Offices, LLP

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☑ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☑ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transfered from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury Med Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 Amer w/ disab - Empl<br>☐ 446 Amer w/ disab - Other<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV | ☐ 510 Motion to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (US Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☑ 890 Other Statutory Actions |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

8 U.S.C. Section 1447(b): Failure by the Defendant to make a determination on the Plaintiff's application for Naturalization

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ _____     CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)     ☑ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

DATE  07/11/07

SIGNATURE OF ATTORNEY OF RECORD

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

HATIM FARAZDAQ BADRUDDIN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

ALBERTO GONZALEZ

C 07   04552   PJH

"SEE ATTACHED LIST"

TO: (Name and address of defendant)

Attorney General
ALBERTO GONZALEZ
95- Pennsylvania Ave N.W.
Wasinghton D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FAKHRUDEEN HUSSAIN
Immigration Law Offices, LLP
6316 Van Nuys Blvd
Van Nuys, CA 91401

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

DATE *Sept 4. 07*

(BY) DEPUTY CLERK

**"List of Defendants"**

Alberto Gonzales:
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Michael Chertoff:
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

Office of General Counsel
United States Department of Homeland Security
Washington D.C. 20528

Emilio Gonzalez & USCIS:
Office of the Chief Counsel
20 Massachusetts Ave NW Rm 402
Washington, DC 20536

United States Attorney:
Civil Process Clerk
United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612

Christina Poulos:
Acting Director
Citizenship and immigration Services
California Service Center
P. O. Box 30111
Laguna Nigel, CA 92607-0111

David N. Still:
District Director
Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

1   Fakhrudeen Hussain (CA. Bar No. 239620)
    Immigration Law Offices, LLP
2   6316 Van Nuys Blvd
    Van Nuys, California 91401
3   Tel: (818) 997-3700
    Fax: (818) 997-3730
4

ORIGINAL
FILED
07 SEP -4  AM II: 59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

5                    UNITED STATES DISTRICT COURT

6                    NOTHERN DISTRICT OF CALIFORNIA

7

8                                              ) Case No.:
9   Hatim Farazdaq Badruddin                   C07  04552 PJH
10          Plaintiff,                          ) COMPLAINT FOR
                                                ) NATURALIZATION
11          vs.                                 )
                                                ) Alien No. A045795643
12  ALBERTO GONZALES, Attorney General of )
    the United States; MICHAEL CHERTOFF,        )
13  Secretary of the Department of Homeland     )
    Security; EMILIO T. GONZALEZ, Director,     )
14  Citizenship & Immigration Services;         )
    CHRISTINA POULOS, Acting Director,          )
15  Citizenship & Immigration Services,         )
    California Service Center; DAVID N. STILL,  )
16  District Director, Citizenship & Immigration )
    Services; UNITED STATES DEPARTMENT          )
17  OF JUSTICE; UNITED STATES                   )
    DEPARTMENT OF HOMELAND                      )
18  SECURITY; UNITED STATES                     )
    CITIZENDHSIP & IMMITRATION                  )
19  SERVICES,                                   )
                                                )
20          Defendants                          )
                                                )
21                                              )
                                                )
22                                              )
                                                )
23                                              )
                                                )
24                                              )
                                                )
25                                              )

This is a lawsuit brought by Hatim Farazdaq Badruddin, Alien Number A045795643, to obtain naturalization by this Court pursuant to 8 U.S.C. section 1447(b). This Court has exclusive jurisdiction to make a determination on his application since more than 120 days have passed since Plaintiff's interview by Defendant United States Citizenship & Immigration Services. Plaintiff requests that the court grant his application for naturalization and give him oath of citizenship. He meets all of the statutory eligibility requirements for citizenship.

## PARTIES

1.     Plaintiff Hatim Farazdaq Badruddin is a citizen of India and a lawful permanent resident of the United States of America since 07/15/1997. He was issued Alien Number A045795643. He resides in Oakland, California. He seeks an order granting him citizenship.

2.     Defendant Alberto Gonzales, Attorney General of the United States, has been conferred the authority to naturalize persons as citizens of the United States by Immigration and Nationality Act ("INA") section 310(a), 8 U.S.C. section 1421(a), and is sued herein his official capacity.

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS"). As of March 1, 2003, the DHS is the agency responsible for implementing the INA. Within the DHS, the United States Citizenship & Immigration Services ("CIS"), formerly part of the Immigration and Naturalization Service, is now responsible for implementing the provisions under which lawful permanent residents can be naturalized

and become United States citizens, in particular, INA section 310, 8 U.S.C. section 1421, *et. seq.*  Respondent Chertoff is sued in his official capacity.

4.    Defendant Emilio T. Gonzalez is the director of Citizenship and Immigration Services of the Department of Homeland Security.  CIS is responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens, in particular INA section 310, 8 U.S.C. section 1421, *et. seq.* Respondent Gonzalez is sued in his official capacity.

5.    Defendant Christina Poulos is the acting Director of Citizenship and Immigration Services of the Department of Homeland Security, California Service Center.  CIS is responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens, in particular INA section 310, 8 U.S.C. section 1421, *et. seq.* Respondent Poulos is sued in her official capacity.

6.    Defendant David N. Still is the District Director of the San Francisco District Office of Citizenship and Immigration Services of the Department of Homeland Security, and is sued herein his official capacity.  Mr. Still has been delegated authority, under 8 C.F.R. section 310.2, to control all activities within the San Francisco District CIS office, including the authority to grant or deny naturalization applications.

7.    Defendant Department of Justice is the agency of the United States government that, under the direction of the Attorney General, has exclusive authority over naturalization of citizens.

8.  Defendant Department of Homeland security is the agency of the United States government that is responsible for implementing the citizenship provisions of the law.

9.  Defendant United States Citizenship and Immigration Services ("CIS") is the component of the Department of Homeland Security that is responsible for processing the applications for naturalization of lawful permanent residents.

## JURISDICTION

10. This Court has jurisdiction pursuant to INA section 336(b), 8 U.S.C. section 1447(b) (jurisdiction for hearing on naturalization in certain cases of delay); 28 U.S.C. section 1331 (federal question jurisdiction); 28 U.S.C. section 2201, the Declaratory Judgment Act; 5 U.S.C. section 701, the Administrative Procedures Act; 5 U.S.C. section 504, the Equal; Access to Justice Act.

## VENUE

11. Venue in the United States District Court, Nothern District of California, Oakland Division, is appropriate pursuant to 8 U.S.C. section 1421© because Plaintiff resides within the district and the administrative decisions delaying Plaintiff's application for naturalization was issued by the Oakland office of CIS, located within this district.

## STATEMENT OF THE FACTS

12. Plaintiff  Hatim Farazdaq Badruddin filed his N-400 application for naturalization with filing fees on April 5th$^h$, 2004 at the California Service Center of the CIS.  He appeared for his N-400 interview on December 8th, 2004 at the Oakland Office of the CIS.  He was advised during his interview with Officer that his FBI name check was still pending.

13.    Plaintiff  Hatim Farazadaq Badruddin has met all of the eligibility requirements for naturalization.  He has met the five year residency requirement, he is of good moral character, never having suffered an arrest or conviction, he showed his attachment to the United States Constitution and he passed the English, history and government tests at his N-400 interview.

14.    Plaintiff  Hatim Farazadaq Badruddin , conducted regular inquiries with the USCIS from March 2005 though April 2007 about the status of the N-400 application at Defendant Oakland office at 1301 Clay Street Oakland, CA 94612.  Plaintiff was told on two occasions that his name check was pending.   Plaintiff through counsel made another inquiry at Defendant's CIS's attorney inquiry window in room 6024, 300 North Los Angeles Street, CA 90012 on June 6th, 2007.  Counsel was advised that the plaintiff's name check is still pending.

15.    The period of time that has passed since the December 8th, 2004 interview far exceeds the 120 day statutory period, but CIS has not made a decision on Plaintiff's application, nor has it informed him of any deficiency in his application.

16.    Plaintiff,  Hatim Farazadaq Badruddin  has exhausted all administrative remedies available to him.  Defendants have willfully and unreasonably delayed.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1.    Assume jurisdiction over this matter;

2.    If necessary, order that a hearing take place;

3.  Review de novo and grant the naturalization application of Plaintiff and give Plaintiff his oath of citizenship;

4.  Direct Defendants to promptly issue a Certificate of Naturalization for Plaintiff;

5.  Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act, and;

6.  Grant any and all further relief this Court deems just and proper.

Dated this  07/18/07  .


_____
Attorney for Plaintiff

-6-