SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HATIM FARAZDAQ BADRUDDIN, | ) No. C 07-4552 PJH |
| Plaintiff, | ) |
| v. | ) |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, Citizenship and Immigration Services, California Service Center; DAVID N. STILL, District Director, Citizenship and Immigration Services; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) **ANSWER** |
| Defendants. | ) |

Defendants hereby submit their answer to Plaintiff's Complaint for Naturalization.

The first unnumbered paragraph consists of Plaintiff's characterization of the lawsuit, and thus no admission or denial is required. However, to the extent a responsive pleading is deemed to be required, the Defendants deny the allegations in this paragraph.

ANSWER
C 07-4552 PJH          1

## PARTIES

1.  Defendants admit the allegations in Paragraph One; however, Defendants are without sufficient information to admit or deny Plaintiff's residence.

2.  Defendants admit the allegations in Paragraph Two with the exception that Michael Mukasey is the Attorney General of the United States .

3.  Defendants admit the allegations in Paragraph Three.

4.  Defendants admit the allegations in Paragraph Four.

5.  Defendants admit the allegations in Paragraph Five.

6.  Defendants admit the allegations in Paragraph Six with the exception that Rosemary Langley Melville is the District Director of the San Francisco District Office.

? 7.  Defendants admit the allegations in Paragraph Seven.

8.  Defendants admit the allegations in Paragraph Eight.

9.  Defendants admit the allegations in Paragraph Nine.

## JURISDICTION

10.  Paragraph Ten consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Ten.

## VENUE

11.  Paragraph Eleven consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants are without sufficient information or knowledge to either admit or deny Plaintiff's allegations regarding venue.

## STATEMENT OF THE FACTS

12.  Defendants admit the allegations in Paragraph Twelve.

13.  Defendants deny the allegations in Paragraph Thirteen.

14.  Defendants admit the allegations in Paragraph Fourteen.

15.  Defendants admit the allegations in Paragraph Fifteen.

ANSWER
C 07-4552 PJH                                    2

16.  Defendants deny the allegations in Paragraph Sixteen.

**REQUEST FOR RELIEF**

The remaining paragraphs under the heading Request for Relief consists of Plaintiff's prayer for relief for which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny the allegations in these paragraphs.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the Complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 16, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                                 /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

ANSWER
C 07-4552 PJH                    3