SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HATIM FARAZDAQ BADRUDDIN,<br><br>              Plaintiff,<br><br>      v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, Citizenship and Immigration Services, California Service Center; DAVID N. STILL, District Director, Citizenship and Immigration Services; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>              Defendants. | No. C 07-4552 PJH<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Parties' Joint Request to be Exempt from ADR Process
C 07-4552 PJH                                                          1

1  Here, the parties agree that referral to a formal ADR process will not be beneficial because this
2  action is limited to Plaintiff's request that this Court compel defendants to adjudicate the
3  application for naturalization. Defendants have already requested the FBI expedite the name check
4  so that the application may be processed as soon as possible. Given the substance of the action
5  and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
6  unnecessarily tax court resources.
7  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
8  ADR Multi-Option Program and that they be excused from participating in the ADR phone
9  conference and any further formal ADR process.

10 Dated: November 26, 2007                    Respectfully submitted,

11                                             SCOTT N. SCHOOLS
                                               United States Attorney
12

13
                                               _____/s/_____
14                                             EDWARD A. OLSEN
                                               Assistant United States Attorney
15                                             Attorney for Defendants

16

17 Dated: November 26, 2007                    _____/s/_____
                                               FAKHRUDEEN HUSSAIN
18                                             Attorney for Plaintiff

19
                                     **ORDER**
20
    Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
21
    ADR Multi-Option Program and are excused from participating in the ADR phone conference and
22
    any further formal ADR process.
23
    **SO ORDERED.**
24
    Dated:                                     _____
25                                             PHYLLIS J. HAMILTON
                                               United States District Judge
26

27

28

Parties' Joint Request to be Exempt from ADR Process
C 07-4552 PJH                                    2