1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  HATIM FARAZDAQ BADRUDDIN,           )
                                        )  No. C 07-4552 PJH
13                 Plaintiff,           )
                                        )
14         v.                           )
                                        )  **PARTIES' JOINT REQUEST TO BE**
15  ALBERTO GONZALES, Attorney General of )  **EXEMPT FROM FORMAL ADR**
    the United States; MICHAEL CHERTOFF, )  **PROCESS**
16  Secretary of the Department of Homeland )
    Security; EMILIO T. GONZALEZ, Director, )
17  Citizenship and Immigration Services; )
    CHRISTINA POULOS, Acting Director,  )
18  Citizenship and Immigration Services, )
    California Service Center; DAVID N. STILL, )
19  District Director, Citizenship and Immigration )
    Services; UNITED STATES DEPARTMENT )
20  OF JUSTICE; UNITED STATES           )
    DEPARTMENT OF HOMELAND SECURITY; )
21  UNITED STATES CITIZENSHIP AND       )
    IMMIGRATION SERVICES,               )
22                                      )
                   Defendants.          )
23  _____  )

24      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

25  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

26  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

27  options provided by the court and private entities, and considered whether this case might benefit

28  from any of them.

Parties' Joint Request to be Exempt from ADR Process
C 07-4552 PJH                                          1

1  Here, the parties agree that referral to a formal ADR process will not be beneficial because this
2  action is limited to Plaintiff's request that this Court compel defendants to adjudicate the
3  application for naturalization.  Defendants have already requested the FBI expedite the name check
4  so that the application may be processed as soon as possible.  Given the substance of the action
5  and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
6  unnecessarily tax court resources.
7  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
8  ADR Multi-Option Program and that they be excused from participating in the ADR phone
9  conference and any further formal ADR process.

10  Dated: November 26, 2007                             Respectfully submitted,

11                                                       SCOTT N. SCHOOLS
                                                         United States Attorney

14                                                       _____/s/_____
                                                         EDWARD A. OLSEN
                                                         Assistant United States Attorney
15                                                       Attorney for Defendants

17  Dated: November 26, 2007                             _____/s/_____
                                                         FAKHRUDEEN HUSSAIN
18                                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: 11/28/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Parties' Joint Request to be Exempt from ADR Process
C 07-4552 PJH                                           2