1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 HATIM FARAZDAQ BADRUDDIN,            )
                                        ) No. C 07-4552 PJH
13              Plaintiff,              )
                                        )
14         v.                           )
                                        )
15 ALBERTO GONZALES, Attorney General of ) **STIPULATION TO DISMISS; AND**
   the United States; MICHAEL CHERTOFF, ) **[PROPOSED] ORDER**
16 Secretary of the Department of Homeland )
   Security; EMILIO T. GONZALEZ, Director, )
17 Citizenship and Immigration Services; )
   CHRISTINA POULOS, Acting Director,   )
18 Citizenship and Immigration Services, )
   California Service Center; DAVID N. STILL, )
19 District Director, Citizenship and Immigration )
   Services; UNITED STATES DEPARTMENT )
20 OF JUSTICE; UNITED STATES            )
   DEPARTMENT OF HOMELAND SECURITY; )
21 UNITED STATES CITIZENSHIP AND        )
   IMMIGRATION SERVICES,                )
22                                      )
                Defendants.              )
23 _____ )

24    Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys

25 of record, hereby stipulate, subject to approval of the Court, to dismiss the above-captioned case in

26 light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to

27 adjudicate the plaintiff's application for naturalization within 45 days, as long as the plaintiff

28 promptly completes and returns the naturalization questionnaire that was recently sent to him.

STIPULATION TO DISMISS
C 07-4552 PJH                                    1

1  Each of the parties shall bear their own costs and fees.

2

3

4  Date: December 7, 2007                Respectfully submitted,

5                                        SCOTT N. SCHOOLS
                                         United States Attorney
6

7                                          /s/
                                         EDWARD A. OLSEN
8                                        Assistant United States Attorney
                                         Attorneys for Defendants
9

10

11 Date: December 7, 2007                  /s/
                                         FAKHRUDEEN HUSSAIN
12                                       Attorney for Plaintiff

13
                                         **ORDER**
14
       Pursuant to stipulation, IT IS SO ORDERED.
15

16

17 Date:  _____
                                         PHYLLIS J. HAMILTON
18                                       United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C 07-4552 PJH                            2